**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7235**

CHARLES ALONZO TUNSTALL,

Plaintiff - Appellant,

v.

CAPTAIN ALLEN DAVIS; SERGEANT LOCKLEAR; MR. TUBBS; MR. LOWRY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James J. Dever III, District Judge.  (5:22-ct-03214-D)

Submitted:  March 30, 2023                              Decided:  June 29, 2023

Before GREGORY, Chief Judge, NIEMEYER, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Alonzo Tunstall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Alonzo Tunstall appeals the district court's order and judgment dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B)(ii).  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *See Tunstall v. Davis*, No. 5:22-ct-03214-D (E.D.N.C. Oct. 13, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*